# Exhibit B

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200
Erica Feynman Aisner
eaisner@ddw-law.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------

In re:                                                    Chapter 13
                                                          Case No. 16-23249-rdd

SAMUEL JOSEPH GIOSEFFI, JR.,

                        Debtor

------------------------------------------------------------------X

## AFFIDAVIT OF NO ADVERSE INTEREST AND DISINTERESTEDNESS

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF WESTCHESTER        )

BONNIE CARNAVALLA and ENID PINTO, being duly sworn, depose and say:

1.      We are real estate brokers with the Houlihan Lawrence, a real estate brokerage

firm specializing in residential real estate ("Broker").

2.      Broker has an office located at 16 Elm Place, Rye, New York 10580.

3.      Broker is a real estate brokerage firm, duly licensed by the State of New York.  Its

primary business is in residential sales in Westchester County.

4.      Over the years, Broker has been one of the dominant real estate firms in the area,

representing owners in sales, leasing, subleasing, development, and consulting.

5.      This Affidavit is submitted in support of the Motion of Samuel Joseph Gioseffi,

Jr. (the "Debtor") for Authorization and Approval of the proposed engagement of Broker to the

Debtor.

6.     The Debtor owns his primary residence located at 72 Oakland Avenue, Harrison, New York, 10582 ("Property"). Broker has been engaged, subject to the approval of the Bankruptcy Court and subject to the terms of the Exclusive Right to Sell Agreement as annexed to the Application on behalf of the Debtor to market and sell the Property.

7.     The services rendered by Broker shall consist of, inter alia, the following:

    a.    Advertising the sale of the Property in Broker's email mailing list and various regional listing services in the brokerage community, assembling market date of current inventory of all major residential developers and local property owners with the ability to close quickly on the sale of the Property.

    b.    Offering Property through multiple listing services. Media campaigns specifically designed for the Property will be launched on a time vital basis commensurate with the other elements of the overall marketing program;

    c.    Creating brochures or other appropriate literature with respect to the subject Property for prospective purchasers;

    d.    Telemarketing to prospective purchasers that have been developed. Calls will be made on a daily basis in order to uncover those entities having a genuine interest that would qualify them as "real" prospects for purchasing the Property; and

    e.    Additional showings of the Property to interested parties; and negotiating with prospective purchase on behalf of the Debtor.

8.    To the best of my knowledge, information and belief, Broker and Deponent do not hold or represent any interests adverse to the Debtor, its creditors or other parties in interest. Broker and Deponent have no connection or relationship to the Debtor or its principals.

9.    Accordingly, Broker is a disinterested person within the meaning of 11 U.S.C. Section 101(14) of the Bankruptcy Code.

Dated:    10/11/16

_____
BONNIE CARNAVALLA, AGENT

Sworn to before me this
11 day of October, 2016

_____
NOTARY PUBLIC
STATE OF NEW YORK

HERBERT A. FEIGENBAUM
NOTARY PUBLIC, State of New York
No. 01FE4827993
Qualified in Suffolk County
Commission Expires Dec. 31, 20 17

_____
ENID PINTO, AGENT

Sworn to before me this
11 day of October, 2016

_____
NOTARY PUBLIC
STATE OF NEW YORK

HERBERT A. FEIGENBAUM
NOTARY PUBLIC, State of New York
No. 01FE4827993
Qualified in Suffolk County
Commission Expires Dec. 31, 20 17