**Exhibit C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
In re:                                                                                                     Chapter 13
                                                                                                                      Case No. 16-23249-rdd

SAMUEL JOSEPH GIOSEFFI, JR.,

                                            Debtor
------------------------------------------------------------------------X

# ORDER AUTHORIZING RETENTION OF HOULIHAN LAWRENCE AS REAL ESTATE SALES BROKER OF THE DEBTOR'S PROPERTY LOCATED AT <u>72 OAKLAND AVENUE, HARRISON, NEW YORK 10528</u>

**UPON** the motion dated October 13, 2016, the ("<u>Motion</u>") of the above-captioned debtor (the "<u>Debtor</u>"), seeking the entry of an order authorizing to retain Houlihan Lawrence ("<u>Broker</u>") as sales broker of the Debtor's property located at 72 Oakland Avenue, Harrison, New York 10528 (the "<u>Property</u>"), and it appearing that the services proposed to be performed by Broker are necessarily required by and for the Debtor, and that said Broker is a disinterested person and neither holds nor represents any interest adverse to the Debtor or its estate, it is hereby

**ORDERED,** that the relief sought in the Motion is hereby granted; and it is hereby

**ORDERED**, that the Debtor be and is hereby authorized to employ and appoint Houlihan Lawrence, as Broker in connection with the sale of the Debtor's Property on the terms and conditions set forth in the Exclusive Right to Sell Agreement with the Broker annexed to the Motion.

Dated:    White Plains, New York
              November   2016

                                                                                  _____
                                                                                  HONORABLE ROBERT D. DRAIN
                                                                                   UNITED STATES BANKRUPTCY JUDGE