| | |
|---|---|
| DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP<br>*Attorneys for the Debtor*<br>One North Lexington Avenue<br>White Plains, NY 10601<br>(914) 681-0200<br>Erica Feynman Aisner | *Presentment Date: November 1, 2016*<br>*Presentment Time: 12:00 p.m.* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
In re:                                                                                    Chapter 13
                                                                                                 Case No. 16-23249-rdd
SAMUEL JOSEPH GIOSEFFI, JR.,

                                    Debtor
-----------------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF ORDER AUTHORIZING THE RETENTION OF HOULIHAN LAWRENCE AS REAL ESTATE SALES BROKER OF THE DEBTOR'S PROPERTY LOCATED AT
## <u>72 OAKLAND AVENUE, HARRISON, NEW YORK 10528</u>

**PLEASE TAKE NOTICE,** that upon the annexed Motion of the above-captioned Chapter 13 Debtor, Samuel Joseph Gioseffi, Jr. (the "<u>Debtor</u>"), by his attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP with exhibits, seeking Authorization for Debtor to Retain Houlihan Lawrence as Sales Broker to the Debtor (the "<u>Motion</u>"), the proposed Order, as annexed to the Motion as Exhibit "B", granting the relief sought in the Motion, will be presented by the undersigned for signature to the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 on the 1st day of November 2016 at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be in writing, filed with the Bankruptcy Court at the Court's website

1

[www.nysb.uscourts.gov](www.nysb.uscourts.gov) (login and password required) (with a copy delivered directly to Chambers) and served upon the undersigned so as to be received no later than the presentment date scheduled herein.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: White Plains, New York
      October 13, 2016

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

By: */s/ Erica Feynman Aisner*
     Erica Feynman Aisner