DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Erica Feynman Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

In re:                                                    Chapter 13
                                                          Case No. 16-23249-rdd

SAMUEL JOSEPH GIOSEFFI, JR.,

                              Debtor
-----------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )  SS.:
COUNTY OF WESTCHESTER       )

Daisy A. Pons, being duly sworn, deposes:

      Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, 11th Floor, White Plains, New York 10601.

      On the 14th day of October, 2016 Deponent served a copy of a *Notice of Presentment and Application for an Order Authorizing the Retention of Houlihan Lawrence as Real Estate Sales Broker for the Debtor with supporting Exhibits* upon the parties on the service list annexed hereto, by depositing a true copy of same, enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by first class mail.

                                               */s/ Daisy A. Pons*
                                               Daisy A. Pons

Sworn to before me this
14th day of October 2016
*/s/ Julie Cvek Curley*
Julie Cvek Curley
Notary Public, State of New York

# SERVICE LIST

OFFICE OF THE U.S. TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

PNC BANK, NA
SHAPIRO, DICARO & BARAK, LLC
175 MILE CROSSING BOULEVARD
ATTN: KATHERIN HEIDBRINK, ESQ.
ROCHESTER, NY 14624

JEFFREY L. SAPIR, STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NY 10603