| | |
|---|---|
| DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP<br>*Attorneys for the Debtor*<br>One North Lexington Avenue<br>White Plains, NY 10601<br>(914) 681-0200<br>Erica R. Aisner, Esq. | *Presentment Date: March 1, 2017*<br>*Presentment Time: 12:00 p.m.* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
In re:    Chapter 13
    Case No. 16-23249-rdd
SAMUEL JOSEPH GIOSEFFI, JR.,

    Debtor
-------------------------------------------------------------------X

# NOTICE OF PRESENTMENT ON APPLICATION TO EMPLOY LAW OFFICES OF FRANK P. ALLEGRETTI, ESQ. AS REAL ESTATE COUNSEL TO THE DEBTOR FOR THE SALE OF REAL PROPERTY LOCATED AT 72 OAKLAND AVENUE, HARRISON, NEW YORK 10528

**PLEASE TAKE NOTICE,** that upon the annexed application (the "Application") of Samuel Joseph Gioseffi, Jr. (the "Debtor"), his attorneys, DelBello Donnellan Weingarten & Wiederkehr, LLP, the proposed Application to retain Law Offices of Frank P. Allegretti as real estate counsel for the Debtor will be presented by the undersigned for approval and signature to the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, 300 Quarropas Street, White Plains, New York 10601 on the 1st day of March 2017.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Application must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, proposed attorneys for the Debtor, One North Lexington Avenue, White

Plains, New York 10601, Attn: Erica R. Aisner Esq. so as to be received no later than seven (7) days before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: White Plains, New York
February 15, 2017

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

By: /s/ Erica R. Aisner
Erica R. Ainser
