**EXHIBIT "D"**

# Southern District of New York
# Claims Register

### 16-23249-rdd Samuel Joseph Gioseffi, Jr.

**Judge:** Robert D. Drain  **Chapter:** 13
**Office:** White Plains  **Last Date to file claims:** 01/26/2017
**Trustee:** Jeffrey L. Sapir-13  **Last Date to file (Govt):**

| Creditor: (7021102) History<br>CHILD SUPPORT ENFORCEMENT (NYS)<br>PO BOX 14<br>ALBANY, NY 12201 | **Claim No: 1**<br>Original Filed Date: 09/23/2016<br>Original Entered Date: 09/23/2016 | Status:<br>Filed by: CR<br>Entered by: Nicholas DeCicco<br>Modified: |
|---|---|---|
| Amount claimed: $116530.50 | | |

History:
| Details | 1-1 | 09/23/2016 | Claim #1 filed by CHILD SUPPORT ENFORCEMENT (NYS), Amount claimed: $116530.50 (DeCicco, Nicholas) |

Description:
Remarks:

| Creditor: (7031342)<br>DelBello Donnellan Weingarten Wise & Wiederkehr, LLP<br>One North Lexington Avenue, 11th Floor<br>White Plains, New York 10601 | **Claim No: 2**<br>Original Filed Date: 10/07/2016<br>Original Entered Date: 10/07/2016 | Status:<br>Filed by: CR<br>Entered by: Erica Feynman Aisner<br>Modified: |
|---|---|---|
| Amount claimed: $3863.00 | | |

History:
| Details | 2-1 | 10/07/2016 | Claim #2 filed by DelBello Donnellan Weingarten, Amount claimed: $3863.00 (Aisner, Erica) |

Description: (2-1) Attorney Fees
Remarks:

| Creditor: (7044099) History<br>Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 3**<br>Original Filed Date: 11/04/2016<br>Original Entered Date: 11/04/2016 | Status:<br>Filed by: CR<br>Entered by: Ashley M Boswell<br>Modified: |
|---|---|---|

History:
| Details | 3-1 | 11/04/2016 | Claim #3 filed by Capital One Bank (USA), N.A., Amount claimed: $1107.60 (Boswell, Ashley) |

Description:
Remarks:

| | | | |
|---|---|---|---|
| Amount | claimed: | $1107.60 | |

| History: | | | |
|---|---|---|---|
| Details | 3-1 | 11/04/2016 | Claim #3 filed by Capital One Bank (USA), N.A., Amount claimed: $1107.60 (Boswell, Ashley) |

| Description: |
|---|
| Remarks: |

| Creditor: (7021105)<br>ML ZAGER PC<br>461 BROADWAY<br>MONTICELLO, NY 12701 | **Claim No: 4**<br>Original Filed Date: 01/09/2017<br>Original Entered Date: 01/09/2017 | Status:<br>Filed by: CR<br>Entered by: Robert B Hunter<br>Modified: |
|---|---|---|

| | | |
|---|---|---|
| Amount | claimed: | $243.00 |

| History: | | | |
|---|---|---|---|
| Details | 4-1 | 01/09/2017 | Claim #4 filed by ML ZAGER PC, Amount claimed: $243.00 (Hunter, Robert) |

| Description: |
|---|
| Remarks: |

| Creditor: (7086717)<br>PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | **Claim No: 5**<br>Original Filed Date: 01/19/2017<br>Original Entered Date: 01/19/2017 | Status:<br>Filed by: CR<br>Entered by: Katherine Heidbrink<br>Modified: |
|---|---|---|

| | | |
|---|---|---|
| Amount | claimed: | $167266.29 |
| Secured | claimed: | $167266.29 |

| History: | | | |
|---|---|---|---|
| Details | 5-1 | 01/19/2017 | Claim #5 filed by PNC Bank, National Association, Amount claimed: $167266.29 (Heidbrink, Katherine) |

| Description: (5-1) Mortgage Arrears in the amount of $45,811.72 |
|---|
| Remarks: |

# Claims Register Summary

**Case Name:** Samuel Joseph Gioseffi, Jr.
**Case Number:** 16-23249-rdd
**Chapter:** 13
**Date Filed:** 09/14/2016
**Total Number Of Claims:** 5

| Total Amount Claimed* | $289010.39 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| Secured | $167266.29 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/19/2017 15:58:38 | | | |
| PACER Login: | db0138:2532591:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 16-23249-rdd Filed or Entered From: 4/3/2015 Filed or Entered To: 4/19/2017 |
| Billable Pages: | 1 | Cost: | 0.10 |