| | |
|---|---|
| DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP<br>*Attorneys for the* Debtor<br>One North Lexington Avenue<br>White Plains, NY 10601<br>(914) 681-0200<br>Erica R. Aisner, Esq. | *Hearing Date: May 10, 2017*<br>*Hearing Time: 10:00 a.m.* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------

| | |
|---|---|
| In re:<br><br>SAMUEL JOSEPH GIOSEFFI, JR.,<br><br>                    Debtor | Chapter 13<br>Case No. 16-23249-rdd |

---------------------------------------------------------------------X

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE: (I) AUTHORIZING AND APPROVING CONTRACT SALE OF THE DEBTOR'S INTEREST IN 72 OAKLAND AVENUE, HARRISON, NEW YORK 10528; (II) AUTHORIZING THE CONSUMMATION OF THE TRANSACTIONS CONTEMPLATED THEREIN; (III) AUTHORIZING THE PAYMENT OF THE BROKER COMMISSION TO HOULIHAN LAWRENCE, AND
(IV) GRANTING RELATED RELIEF**

     **PLEASE TAKE NOTICE**, that upon the Motion of the above-captioned Chapter 13 Debtor, Samuel Joseph Gioseffi (the "Debtor"), by his attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, seeking the entry of an order (the "Sale Order"), pursuant to sections 105 and 363 of Title 11 of the United States Code, 11 U.S.C. §§101 *et seq.* (the "Bankruptcy Code"): (i) approving contract on the sale of the Debtor's interest in 72 Oakland Avenue, Harrison, New York 10528 (the "Property"); (ii) authorizing the consummation of the transactions contemplated therein; (iii) authorizing the payment of the broker commission to Houlihan Lawrence (the "Broker") under Exclusive Right to Sell Agreement; and (iv) granting related relief, a hearing will be held on the 10th day of May, 2017 at 10:00 a.m. or as soon

1484176_2.doc
70156430-001

thereafter as counsel may be heard, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the U.S. Bankruptcy Courthouse (SDNY, White Plains Division), 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be in writing, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (login and password required) (with a copy delivered directly to Chambers) and served upon the undersigned so as to be received no later than seven (7) days before the hearing date scheduled herein.

Dated: White Plains, New York
       April 19, 2017

                            DELBELLO DONNELLAN WEINGARTEN
                            WISE & WIEDERKEHR, LLP
                            *Attorneys for the Debtor*
                            One North Lexington Avenue, 11th Floor
                            White Plains, New York 10601
                            (914) 681-0200


                            By: */s/ Erica R. Aisner*
                                  Erica R. Aisner