DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the* Debtor
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200
Erica R. Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 16-23249-rdd |
| SAMUEL JOSEPH GIOSEFFI, JR., | |
| Debtor | |

-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) SS.:
COUNTY OF WESTCHESTER     )

Daisy A. Pons, being duly sworn, deposes:

      Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, 11th Floor, White Plains, New York 10601.

      On the 19th day of April, 2017 Deponent served a copy of a *Notice of Hearing accompanied with the Debtor's Motion for an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code: (i) Motion to Approve (i) Contract Sale of Debtor's Interest in 72 Oakland Avenue, Harrison, New York 10528, (ii) Authorizing the Consummation of the Transaction Contemplated Therein, (iii) Authorizing the Payment of the Broker Commission, and (iv) Granting Related Relief* with support exhibits upon the parties on the service list annexed hereto, by depositing a true copy of same, enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by first class mail.

                                                       */s/ Daisy A. Pons*
                                                        Daisy A. Pons

Sworn to before me on this
19th day of April 2017
*/s/ Bryn A. Leonardo*
Bryn A. Leonardo
Notary Public, State of New York

Sale.AOS.doc
70156430-001

# SERVICE LIST

ANSELMO REID
1101 MIDLAND AVENUE, APT 118
BRONXVILLE, NY 10708

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998

BUREAU OF ACCOUNTS CON
PO BOX 538
HOWELL, NJ 07731

CAPITAL ONE BANK (USA), N.A.
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

CAPITAL ONE BANK USA N
15000 CAPITAL ONE DR
RICHMOND, VA 23238

CB OF THE HUDSON VALLE
155 N PLANK RD
NEWBURGH, NY 12550

CDC HOLDINGS, INC.
LEGAL DEPARTMENT
1111 STEWART AVENUE
BETHPAGE, NY 11714

CHILD SUPPORT ENFORCEMENT (NYS)
PO BOX 14
ALBANY, NY 12201

CITI
PO BOX 6241
SIOUX FALLS, SD 57117

CSC HOLDINGS, INC.
DANIEL LEFKOWITZ, ESQ.
350 JERICHO TURNPIKE, STE 100
JERICHO, NY 11753

JOHN M. VOETSCH
C/O MICHAEL A. TIESI, ESQ.
260 HARRISON AVENUE
HARRISON, NY 10528

KAREN MARSHALL
104 FIRST STREET
HARRISON, NY 10528

MICHAEL ZAMBERNARDI
60 SYLVAN ROAD
PORT CHESTER, NY 10573

ML ZAGER PC
461 BROADWAY
MONTICELLO, NY 12701

NATIONAL CITY BANK
PRESIDENT AND OR CEO
3750 MILLER ROAD
BRECKSVILLE, OH 44141

NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719

NYS DEPARTMENT OF TAX &FINANCE
W.A. HARRIMAN STATE OFFICE
BUILDING 9
ALBANY, NY 12227

NEW YORK STATE TAX COMMISSION
P.O. BOX 5149
HARRISON, NY 10528-3713

NYS DEPAT. OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300

OCEAN BREEZE INFUSION CARE INC
411 RICHMOND HILL ROAD
STATEN ISLAND, NY 10314-5908

OFFICE OF THE U.S. TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

PNC BANK, N.A.
ATTN: BANKRUPTCY DEPT.
P.O. BOX 489909
CHARLOTTE, NC 28269-5329

PNC BANK, NATIONAL ASSOCIATION
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342

PNC MORTGAGE, A DIVISION OF PNC BANK, N.A
SHAPIRO, DICARO & BARAK, LLC.
ONE HUNTINGTON QUADRANGLE, SUITE 3N05
MELVILLE, NY 11747

PNC MORTGAGE, A DIVISION OF PNC BANK, N.A
NICOLE KOLCZYNSKI, ESQ.
SHAPIRO, DICARO & BARAK, LLC
175 MILE CROSSING BLVD.
ROCHESTER, NY 14624

PNC MORTGAGE, A DIVISION OF PNC BANK, N.A
KATHERINE HEIDBRINK, ESQ.
SHAPIRO, DICARO & BARAK, LLC
ONE HUNTINGTON QUADRANGLE, SUITE 3N05
MELVILLE, NY 11747

PNC MORTGAGE, A DIVISION OF PNC BANK, N.A
SHAPIRO, DICARO & BARAK, LLC
175 MILE CROSSING BOULEVARD
ATTN: BRIDGET M. DEHMLER, ESQ.
ROCHESTER, NY 14624

UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007

WEST MED MEDICAL GROUP
P.O. BOX 417146
BOSTON, MA 02241-7146

WESTCHESTER ANESTHESIOLOGISTS
800 WESTCHESTER AVE S-614
PORT CHESTER, NY 10573-1354

WHITE PLAINS PATHOLOGY ASSOC.
P.O. BOX 4264
NEW WINDSOR, NY 12553

FRANK P. ALLEGRETTI, ESQ.
7 PURDY STREET, SUITE 202
HARRISON, NY 10525

MARTHA SOKOL MCCARTY, ESQ.
650 HALSTEAD AVENUE
MAMARONECK, NY 10543

SAMUEL JOSEPH GIOSEFFI, JR.
72 OAKLAND AVENUE
HARRISON, NY 10528