UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In Re:

SAMUEL JOSEPH GIOSEFFI, Jr.,

Chapter 13

Case No.  16-23249-RDD-13

Debtor.
--------------------------------------------------------x

# TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To:  THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Krista M. Preuss, Trustee of the estate of the above-named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

| CLAIMANT NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| SAMUEL GIOSEFFI, JR.<br>5811 MESA DRIVE<br>AUSTIN, TX 78731 | $5,540.90 |

Trustee check number 618774 has been issued to the Clerk of the Court in the sum of $5,540.90. This amount represents the total of the aforesaid unclaimed dividend.

Dated: April 5, 2019
White Plains, New York

Respectfully submitted,
*/s/ Krista M. Preuss*
KRISTA M. PREUSS     JF
Standing Chapter 13 Trustee, SDNY
399 Knollwood Road, Suite 102
White Plains, NY 10603
(914) 328-6333